United States District Court
Southern District of Texas
**ENTERED**
March 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EDGARDO IVAN FARIAS-MARTINEZ, § § Petitioner, § § VS. § KRISTI NOEM, *et al.*, § § Respondents. § | CIVIL NO. 1:26-CV-00229 |

## ORDER

The District Judge orders this case be referred to the randomly selected Magistrate Judge:

Ignacio Torteya, III.

Signed on March 2, 2026.

_____
Rolando Olvera
United States District Judge